**1**

**In the Matter of William T. HENRY, Alleged Bankrupt. John F. Condon, Jr., Petitioner-Appellant.**

Circuit Court of Appeals, Second Circuit. November 1, 1927.

No. 18.

Appeal from the District Court of the United States for the Southern District of New York.

Rogers & Whitaker, of New York City (Spier Whitaker and John F. Condon, Jr., both of New York City, of counsel), for appellant.

Dorff & Levy, of New York City, for bankrupt and Mary C. Henry.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed.

---

**2**

**Morris HOFFMAN v. Ernest J. LANDRY, Receiver of the ESTATE of John B. HAVILAND, Bankrupt.**

Circuit Court of Appeals, Sixth Circuit. October 14, 1927.

No. 4854.

Appeal from the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

Fixel & Fixel, of Detroit, Mich., for appellant.

Anderson, Wilcox, Lacy & Lawson, of Detroit, Mich., for appellee.

PER CURIAM. It not appearing that the mortgage covered any property intended for resale, order of District Court reversed, with costs, and cause remanded for the entry of an order as prayed in the reclamation petition, or for the proceeds of the property if it has been sold.

---

**3**

**HUNKIN–CONKEY CONSTRUCTION COMPANY and Roy Daniels, Plaintiffs in Error, v. T. J. HORTON, Defendant in Error.**

Circuit Court of Appeals, Fourth Circuit. July 22, 1927.

No. 2637.

In Error to the District Court of the United States for the Western District of North Carolina, at Charlotte.

John M. Robinson, of Charlotte, N. C., for plaintiffs in error.

Carswell & Ervin, of Charlotte, N. C., for defendant in error.

PER CURIAM. Writ of error dismissed in pursuance of agreement of attorneys. Order filed.

---

**4**

**Martin JACOBS, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

Circuit Court of Appeals, Fourth Circuit. October 31, 1927.

No. 2676.

In Error to the District Court of the United States for the Eastern District of North Carolina, at New Bern.

Abernethy & Abernethy, of New Bern, N. C., for plaintiff in error.

Irvin B. Tucker, U. S. Atty., of Whiteville, N. C.

PER CURIAM. Writ of error dismissed on motion of plaintiff in error. Order filed.

---

**5**

**Adam J. KARBLER, Trustee of the Estate of Costa R. Myers, Bankrupt, v. Costa R. MYERS, First National Bank of Fremont, Ohio, and Citizens' Building & Loan Company of Clyde, Ohio.**

Circuit Court of Appeals, Sixth Circuit. October 3, 1927.

No. 4879.

Appeal from the District Court of the United States for the Northern District of Ohio; D. C. Westenhaver, Judge.

Fritsche, Kruse & Winchester, of Toledo, Ohio, for appellant.

Tyler, McMahon, Smith & Wilson, of Toledo, Ohio, Dewey & Dewey, of Clyde, Ohio, and John B. Stahl, of Fremont, Ohio, for appellees.

PER CURIAM. Dismissed pursuant to stipulation of counsel.